ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 20 2022

CLERK, U.S. DISTRICT COURT
By_____
         Deputy

UNITED STATES OF AMERICA

v.                                              No. 4:22-MJ-1019

ANTHONY WAYNE EYLAR (01)

## CRIMINAL COMPLAINT

Conspiracy to Possess a Controlled Substance with Intent to Distribute

In and around December 2022, in the Fort Worth Division of the Northern District of Texas, and elsewhere, the defendant, **Anthony Wayne Eylar** along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), namely to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1.  In November 2022, the Fort Worth Police Department received a Crime Stoppers tip related to a wanted fugitive who was also distributing narcotics. The wanted fugitive was identified as K.D. who was wanted by the Tarrant County Sherriff's office on an outstanding felony warrant for Manufacture/Delivery of a Controlled Substance PG 1 4g<200g. The tip also said that K.D and her boyfriend "Tony" were selling a lot of drugs, to include methamphetamine, psilocybin mushrooms, and marijuana.

Criminal Complaint – Page 1

2. FWPD Investigator W. Snow #3450 conducted research on K.D and the vehicle that was associated with her; Investigator Snow discovered that K.D frequently stayed at hotels/motels, usually for one or two days at a time. Investigator Snow knows that wanted fugitives will not stay at one place extended periods of time because they are trying to elude law enforcement. The vehicle that K.D was driving was registered to P.C.

3. On or about November 29, 2022, the Crime Stoppers tip was updated with new information about K.D and "Tony". The new information stated that K.D and "Tony" were in possession of pound-quantities of methamphetamine, thousands of dollars in U.S. Currency, and firearms. The tip also indicated that "Tony" had a storage unit located at XXXX N. Riverside Drive, Fort Worth, Tarrant County.

4. On December 5, 2022, Investigator Snow went to XXXX N. Riverside Drive and noticed that the name of the business was Storage Depot. Investigator Snow met with business employees and inquired about "Tony" and if he had a storage unit at this location. Employees informed Investigator Snow that they were familiar with "Tony", and that his first name was Anthony. Employees stated that "Tony" actually had two storage units at this complex, which were #307 and #330. Employees stated that those storage units were actually rented by P.C. P.C. first obtained unit #307 in November 2021, and then obtained unit #330 in April 2022. Employees never saw P.C. with "Tony" and knew "Tony" to drive a white single cab Dodge Ram pick-up with a blue passenger door. "Tony" spoke with management and asked about being granted 24-hour gate access since he told management his business hours were often after normal gate access hours.

Most customers can only access their storage units between 6:00a.m-10:30p.m. Once "Tony" was granted 24-hour gate access, employees started to notice a lot of gate activity after 10:30p.m. and up till 5:00a.m. Employees said that it looked like a lot of in-out activity within a short period of time, as a unique code that is associated with each individual storage unit had to be entered to access the gate. This is how employees were able to distinguish this large amount of traffic being associated with "Tony's" storage units as opposed to others. Employees started to review storage surveillance cameras and noticed multiple people/vehicles coming to the business after hours. It appeared that "Tony" would then meet with those individuals outside the gate area. The employees stated that "Tony" would meet with the vehicles out front and either get into those vehicles or walk them back towards his storage unit. Employees stated that they would often see "Tony" mostly around unit #307 but that "Tony" would also spend time at unit #330. Employees thought this type of behavior was odd and they thought "Tony" was doing drug deals from units 307 and 330.

5.      With this information, Investigator Snow conducted research on "Tony" and was able to identify him as Anthony Wayne Eylar, a white male, DOB XX/XX/1974 (herein after referred to as Eylar). Investigator Snow noted that Eylar was wanted by the Texas Pardon and Parole Board for a Parole Violation for the offense of Possession with the Intent to Deliver a Controlled Substance PG 1 4g<200g Methamphetamine. Investigator J. Fields #3242 conducted research utilizing the Flock License plate reader system to identify Eylar's Dodge Pick-up truck. The vehicle was identified as a white single cab 2003 Dodge Ram Pick-up truck. Upon looking at the photos of the pick-up, investigators noticed that the passenger door was blue in color.

**Criminal Complaint – Page 3**

Investigator Snow was also able to get a copy of the customer records that showed Eylar is a contact/access user. Since October 1, 2022, Eylar has accessed the entry gate 153 times and the exit gate 146 times. Investigator Snow showed the employees a photograph of Eylar and they positively identified Eylar as the person they know as "Tony". Employees have only seen P.C twice, the first time when she rented Unit #307 on November 9, 2021, and again on April 12, 2022, when she rented Unit #330.

6. On December 8, 2022, Investigator Snow met with employees again and contacted the regional manager who gave investigators consent to be at their location and allowed a K-9 to be deployed on their property. Investigator Snow contacted Fort Worth Police Officer J. Lopez #4192 who is assigned to the Fort Worth Police Department's Interdiction K-9 Unit. Officer Lopez is a K-9 handler and is assigned a K-9 narcotics detection dog. Officer Lopez and his K-9 partner Ajax (NNDDA #55129) are certified in narcotics detection. On the aforementioned date, Officer Lopez and Ajax arrived at XXXX N. Riverside Drive and conducted an open-air sniff of storage units #307 and #330. K-9 Ajax showed interest/change in behavior on Unit #330 but was unable to pinpoint the location of the narcotics. K-9 Ajax then conducted an open air-sniff of Unit #307 and gave Officer Lopez a positive alert to the presence of narcotics in that unit. Due to K-9 Ajax not having a lot of experience at storage unit sniffs, Officer Isbell #4025 was contacted as well since his K-9 partner Lulu (NNDDA #55128) has extensive training and deployments on storage units. K-9 Lulu gave a positive alert to the presence of narcotics in Unit #307 but did not give a positive alert on Unit #330.

7.    After the K-9's conducted their open-air sniffs, Investigator Snow drafted probable cause search warrants for both unit #307 and #330 based on the above information. On this same date, Investigator Snow presented both search warrants to Fort Worth Municipal Court Judge Andrew Bradshaw who reviewed both warrants and signed them into effect at 1:29p.m.; they were assigned warrant numbers 2022SW001733 and 2200SW001734.

8.    With warrants signed, employees accompanied investigators to the storage units and cut off both locks for investigators. Investigators first started with Unit #330. Upon opening the unit, investigators noticed that it was cluttered with two motorcycles, appliances, mattresses, TV's and a dresser that was located near the roll up door. Officer Lopez searched the dresser and located a black Desert Eagle .40 caliber pistol (S/N:34313558) in the drawer. A magazine containing 10 live rounds was inserted into the gun, but it was not chambered. The pistol was in a holster and an additional magazine containing 9 live rounds was attached to the front of the holster. No other items were located inside that unit.

9.    Investigators then went to Unit #307 and again noticed that it was also cluttered with a motorcycle, clothing, tools, bags and other miscellaneous items. Investigators conducted the search of the unit and located several backpacks, tool bags and plastic grocery bags that all contained various sized plastic baggies that each contained a crystal-like substance believed to be methamphetamine based upon investigators training and experiences as police officers. The field weight of the individual bags varied from 1gm to 1006gm and investigators located 56 baggies in total. The total combined weight of the baggies containing the crystal-like substance was 5,114.6gm. The crystal-like substances were tested using the Ramen TruNarc Spectrometer and investigators received a presumptive positive result for methamphetamine.

**Criminal Complaint – Page 5**

In a black backpack, investigators additionally located clear plastic baggies that contained a green plant like substance believed to be marijuana based upon investigators training and experiences as police officers.

10. Although I have not listed all the facts regarding the numerous offenses of **Anthony Wayne Eylar**, I believe that the facts stated here establish probable cause that **Anthony Wayne Eylar,** has committed a violation of 21 U.S.C. § 846, Conspiracy to Possess Methamphetamine with the intent to distribute.

Special Agent Sheldon Jones
Homeland Security Investigations

SWORN AND SUBSCRIBED before me on this ___20___ day of December 2022, at 11:38 a.m./p.m.., in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE